UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JAMES O. HINES, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ADP SCREENING AND SELECTION )<br>SERVICES, INC. )<br>and )<br>AUTOMATIC DATA PROCESSING, )<br>INC., )<br>)<br>Defendants. )<br>) | CASE NO. 3:13-cv- 00104-REP<br><br>JUDGE ROBERT E. PAYNE |

## DEFENDANTS' FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel certifies that ADP Screening and Selection Services, Inc. is a Colorado corporation that is a wholly-owned subsidiary of Automatic Data Processing, Inc.  Automatic Data Processing, Inc., is a publicly-owned Delaware corporation, and no public corporation holds 10% or more of its stock.

This 17th day of April, 2013.

Respectfully Submitted,

*s/Burton F. Dodd*
BURTON F. DODD, VSB # 17800
FISHER & PHILLIPS LLP
1075 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30307

Phone: (404) 231-1400
Fax:    (404) 240-4249
bdodd@laborlawyers.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Defendants' Financial Interest Disclosure Statement* was filed with the Clerk of Court's office via CM/ECF on April 17, 2013. I further certify that the foregoing was served upon the following by the Clerk of Court via electronic notification. If a notification is not sent by the Court, the undersigned will send such notification by regular U.S. Mail to:

| LEONARD A. BENNETT, VSB #37523<br>CONSUMER LITIGATION ASSOCIATES, P.C.<br>763 J. Clyde Morris Blvd., Suite 1-A<br>Newport News, VA  23601 | JAMES A. FRANCIS<br>JOHN SOUMILAS<br>GEOGGREY H. BASKERVILLE<br>FRANCIS & MAILMAN, P.C.<br>Land Title Bldg, 19th Floor<br>100 South Broad Street<br>Philadelphia, PA  19110 |
|---|---|

*s/Burton F. Dodd*
BURTON F. DODD, VSB # 17800
FISHER & PHILLIPS LLP