IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMES O. HINES, JR.

      Plaintiff,

v.

ADP SCREENING AND SELECTION,
SERVICES, INC, *et al.*

      Defendants.

Civil Action No. 3:13CV104

JUDGE ROBERT E. PAYNE

### DEFENDANT AUTOMATIC DATA PROCESSING, INC'S MOTION FOR JUDICIAL NOTICE

Defendant, Automatic Data Processing, Inc, ("Automatic"), by and through its undersigned counsel, hereby moves this Court, pursuant to Fed. R. Evid. 201, to take judicial notice of the matters of public court records. The arguments and points of law supporting this request are set forth in the accompanying Memorandum in Support.

Respectfully Submitted,
*/s/ Burton F. Dodd*
Burton F. Dodd, Esq. (VSB#17800)
Mathew Simpson, Esq.
(Pro Hac Vice Pending)
FISHER & PHILLIPS LLP
1075 Peachtree Street, NE
Atlanta, Georgia 30309
(404) 240-4226 – Telephone
(404) 240-4249 – Facsimile
bdodd@laborlawyers.com
msimpson@laborlawyers.com

Richard A. Millisor, Esq.
(Admitted Pro Hac Vice)
9150 South Hills Boulevard, Suite 300
Cleveland, OH 44147
(440) 740-2146 – Telephone
(440) 838-8805 – Facsimile
rmillisor@laborlawyers.com
*Attorneys for Defendant*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on the 13th day of May 2013, I filed a true and correct copy of the foregoing on the Court's Electronic Case Filing System, which will send a notice of electronic filing to:

      Leonard A. Bennett, Esq.
      CONSUMER LITIGATION ASSOCIATES, P.C.
      763 J. Clyde Morris Blvd., Suite 1-A
      Newport News, VA 23601
      lenbennet@clalegal.com

      James A. Francis
      John Soumilas
      Geoffrey H. Baskerville
      FRANCIS & MAILMAN, P.C.
      100 South Broad Street
      Philadelphia, PA 19110

      */s/ Burton F. Dodd*
      Burton F. Dodd, Esq. (VSB#17800)
      Mathew Simpson, Esq.
      (Pro Hac Vice Pending)
      FISHER & PHILLIPS LLP
      1075 Peachtree Street, NE
      Atlanta, Georgia 30309
      (404) 240-4226 – Telephone
      (404) 240-4249 – Facsimile
      bdodd@laborlawyers.com
      msimpson@laborlawyers.com

      Richard A. Millisor, Esq.
      (Admitted Pro Hac Vice)
      9150 South Hills Boulevard
      Suite 300
      Cleveland, OH 44147
      (440) 740-2146 – Telephone
      (440) 838-8805 – Facsimile
      rmillisor@laborlawyers.com

      *Attorneys for Defendant*