IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED JUL 1 1 2013 CLERK, U.S. DISTRICT COURT RICHMOND, VA

JAMES O. HINES, JR.,

    Plaintiff,

v.                            Civil Action No. 3:13cv104

ADP SCREENING AND
SELECTION SERVICES, INC.,
et al.,

    Defendants.

**ORDER**

It is hereby ORDERED that, upon consent of the parties, this action shall be REASSIGNED to Magistrate Judge David J. Novak for all purposes except settlement negotiations, which are hereby referred to Magistrate Judge M. Hannah Lauck. It is further ORDERED that the Initial Pretrial Conference scheduled on the undersigned's docket for 11:45 a.m. July 17, 2013 is cancelled.

The Clerk is directed to send a copy of this Order to Magistrate Judge Novak and Magistrate Judge Lauck.

It is so ORDERED.

                                      /s/        
                             Robert E. Payne
                             Senior United States District Judge

Richmond, Virginia
Date: July 10, 2013